UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| CURTIS RISNER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 08-33-ART |
| | ) | |
| v. | ) | |
| | ) | |
| C&O EMPLOYEES' HOSPITAL ASSOCIATION, et al., | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The parties in this case filed an "Agreed Order Extending Defendants' Time to Respond to the Complaint" [R. 7], which all parties signed. The parties agreed to allow the Defendants until on or before April 25, 2008, to respond to the Complaint in this matter. Accordingly, it is hereby **ORDERED** that Defendants C&O Employees' Hospital Association and Jack N. Pate have until on or before April 25, 2008, to respond to the Complaint.

This the 7th day of April, 2008.



Signed By:
*Amul R. Thapar*
United States District Judge